# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0017
_____

CURTIS B. MCPHERSON,

     Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

     Respondents.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


February 16, 2024


PER CURIAM.

     DISMISSED.

B.L. THOMAS, ROWE, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Curtis B. McPherson, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondents.